## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 18-CV-00708-MEH

JEANNIE WEBB, VICTOR WEBB

    Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
A foreign corporation domiciled and resident of Illinois,

    Defendants.

_____

## STATUS UPDATE
_____

    Plaintiffs, Jeannie Webb and Victor Webb, by and through their attorneys, hereby notifies the Court that the above-named parties have reached a settlement and are in the process of finalizing the settlement. The parties expect to file a stipulation for dismissal as soon as possible.

    The undersigned represents he has conferred with counsel for Defendant, and counsel for Defendant authorizes the filing of this Status Update.

    Respectfully submitted this 6th day of June 2018.

                                A duly signed original is on file at
                                The Kaudy Law Firm, L.L.C.

                                */s/ Richard M. Kaudy*
                                Richard M. Kaudy, #12345
                                Cajardo R. Lindsey, #33672
                                Kaudy Law Firm LLC
                                333 W. Hampden Avenue, Suite 850
                                Englewood, CO 80110
                                Phone: (303) 623-1885
                                Fax:  (303) 623-1825
                                Email:  rkaudy@kaudylaw.com
                                clindsey@kaudylaw.com
                                ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2018, a true and exact copy of the foregoing **STATUS UPDATE** was served via Pacer and/or First Class Mail, Fax and/or email on the following:

Franklin D. Patterson, Esq.
Attorneys for Defendant
5613 DTC Parkway, Suite 400
Greenwood Village, Colorado 80111
Telephone: (303) 741-4539
Email: fpatterson@frankpattersonlaw.com

ATTORNEY FOR DEFENDANT


THE KAUDY LAW FIRM, LLC

*A duly signed original is on file at*
*The Kaudy Law Firm, LLC*

*/s Annette L. Jones*
Annette L. Jones, Paralegal