IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00708-MEH

JEANNIE WEBB, and
VICTOR WEBB,

    Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

## ORDER CLOSING CASE

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is a Stipulation for Dismissal with Prejudice, ECF No. 17. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court finds the stipulation and terms of the dismissal proper. Thus, this case is voluntarily **dismissed with prejudice**, with each party to bear his, her, or its own fees and costs. The Clerk of the Court is directed to close this case.

    Dated and entered at Denver, Colorado this 29th day of June, 2018.

                              BY THE COURT:

                              Michael E. Hegarty
                              United States Magistrate Judge